IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-07-00147-CV

 

GarretT Shores d/b/a 

Three Brush Construction,

                                                                                    Appellant

 v.

 

Larry Cathey d/b/a 

Texas Tree & Landscape,

                                                                                    Appellee

 

 

 



From the 414th District Court

McLennan County, Texas

Trial Court No. 2006-2289-5

 



MEMORANDUM  Opinion



 








            The Court has been notified that
Appellee has filed a bankruptcy proceeding.  Tex.
R. App. P. 8.1.  Further action in this appeal is automatically stayed. 
See 11 U.S.C. § 362.

            For administrative purposes, this
appeal is suspended and will be treated as closed unless reinstated on a proper
motion.  Tex. R. App. P. 8.2.  It
may be reinstated on motion of any party showing that the stay has been lifted
or modified and specifying what action, if any, is required from this Court
upon reinstatement of the appeal.  Tex.
R. App. P. 8.3.

            The reporting requirement of Local
Rule 17 is suspended.  10th Tex. App. (Waco) Loc.  R. 17.

            The Clerk of this Court is directed to
transmit a copy of this opinion to the attorneys of record, the trial court
judge, and the trial court clerk.

 

PER CURIAM

 

Before
Chief Justice Gray,

Justice Vance, and

Justice Reyna

Appeal
suspended; appeal administratively closed

Order
delivered and filed December 12, 2007

[CVPM]